IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICKY A. WALKER<br>   Petitioner | * | |
| v. | * | CIVIL ACTION NO. AMD-06-288 |
| JON P. GALLEY, WARDEN<br>   Respondent | * | |

***

MEMORANDUM

For the second time in a week, petitioner Ricky A. Walker has filed a 28 U.S.C. § 2254 petition for writ of habeas corpus attacking his 1981 convictions entered in the Circuit Court of Maryland for Baltimore City. The previous petition, filed on January 26, 2006, was dismissed without prejudice as successive on January 30, 2006.[1] *See Walker v. Galley*, Civil Action No. AMD-06-228 (D. Md. 2006).

This new action is identical to the earlier petition, raising the same *ex post facto*, ineffective assistance, and jurisdictional arguments. Consequently, the court finds it to be successive and shall dismiss the matter for lack of jurisdiction by separate Order. *See* 28 U.S.C. § 2244(b)(3)(A).[2]

Filed: February 7, 2006

                                                            ___/s/_____
                                                            Andre M. Davis
                                                            United States District Judge

---

[1] Petitioner filed a § 2254 attack on his 1981 convictions in 1999. *See Walker v. Conroy*, Civil Action No. AMD 99-236 (D. Md.). That petition was denied and dismissed on the merits by this court and the Fourth Circuit dismissed the appeal.

[2] Title 28 U.S.C. § 2244(b)(3)(A) provides that "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."